U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Pawnee/S.A.E. Warehouse, Inc., on behalf of itself and all others similarly situated,
vs.
Champion Laboratories, Inc., et al.

Case Number:

FILED: MAY 14, 2008
08CV2806                   AEE
JUDGE SHADUR
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Pawnee/S.A.E. Warehouse, Inc.

| NAME (Type or print) |  |
|---|---|
| Steven A. Kanner |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Steven A. Kanner |  |
| FIRM |  |
| Freed Kanner London & Millen LLC |  |
| STREET ADDRESS |  |
| 2201 Waukegan Road, Suite 130 |  |
| CITY/STATE/ZIP |  |
| Bannockburn, IL  60015 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3125292 | (224) 632-4500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |