# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Pawnee/S.A.E. Warehouse, Inc., on behalf of itself and all others similarly situated,<br>vs.<br>Champion Laboratories, Inc., et al. | FILED: MAY 14, 2008<br>08CV2806         AEE<br>JUDGE SHADUR<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Pawnee/S.A.E. Warehouse, Inc.

---

| NAME (Type or print) |
|---|
| William H. London |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ William H. London |

| FIRM |
|---|
| Freed Kanner London & Millen LLC |

| STREET ADDRESS |
|---|
| 2201 Waukegan Road, Suite 130 |

| CITY/STATE/ZIP |
|---|
| Bannockburn, IL  60015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6196353 | (224) 632-4500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |