IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAWNEE/S.A.E. WAREHOUSE, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. and THE CARLYLE GROUP,<br><br>    Defendants. | Case No. 1:08-cv-02806<br><br>Hon. Milton I. Shadur |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Pawnee/S.A.E. Warehouse, Inc. hereby dismisses without prejudice the claims and causes of action asserted in the above-captioned case against defendant The Carlyle Group.

Date:  May 19, 2008                  By:   /s/ Douglas A. Millen
                                            Michael J. Freed (ARDC No. 0869120)
                                            Steven A. Kanner (ARDC No. 3125292)
                                            William H. London (ARDC No. 6196353)
                                            Douglas A. Millen (ARDC No. 6226978)
                                            **FREED KANNER LONDON & MILLEN LLC**
                                            2201 Waukegan Road, Suite 130
                                            Bannockburn, IL  60015
                                            Telephone: (224) 632-4500
                                            Facsimile:  (224) 632-4521
                                            Email: mfreed@fklmlaw.com
                                                     skanner@fklmlaw.com
                                                     wlondon@fklmlaw.com
                                                     dmillen@fklmlaw.com

W. Joseph Bruckner
Heidi M. Silton
Anna M. Horning Nygren
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Tel:   (612) 339-6900
Fax:   (612) 339-0981
Email: wjbruckner@locklaw.com
       hmsilton@locklaw.com
       amhorningnygren@locklaw.com

Jayne Goldstein
**MAGER & GOLDSTEIN LLP**
1640 Town Center Circle, Suite 216
Weston, FL  33326
Tel:   (954) 515-0123
Fax:   (954) 515-0124
Email: jgoldstein@magergoldstein.com

Lee Albert
**MAGER & GOLDSTEIN LLP**
1818 Market Street, Suite 3710
Philadelphia, PA 19103
Tel: (215) 640-3280
Fax: (215) 640-3281
Email: lalbert@magergoldstein.com

Dennis J. Stewart
**HULETT, HARPER, STEWART, LLP**
550 West C Street, Suite 1600
San Diego, CA  92101
Tel: (619) 338-1133
Fax: (619) 338-1139
Email: dstewart@hulettharper.com


*Counsel for Plaintiff Pawnee/S.A.E. Warehouse, Inc. and the Proposed Class*