# United States District Court for the Northern District of Illinois

Case Number: 08CV2806               Assigned/Issued By: DAJ

Judge Name: SHADUR                  Designated Magistrate Judge: DENLOW

## FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____          Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____
      *(Type of Writ)*

__1__ Original and __0__ copies on __05/19/08__ as to __WIX FILTRATION PRODUCTS.__
                                    *(Date)*

C:\wpwin80\docket\feeinfo.frm    03/14/05