UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Pawnee/S.A.E. Warehouse, Inc.
                                Plaintiff,

v.                                             Case No.: 1:08−cv−02806
                                                  Honorable Milton I. Shadur

Champion Laboratories, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Unless Plaintiffs' counsel can promptly identify some good reason for that seemingly duplicative effort, this Court anticipates dismissing Case No. 08−2806 − − but without prejudice, of course, to counsel's adding Pawnee/S.A.E. Warehouse, Inc. as a coplaintiff in Case No. 08−2804 via a simple amendment to the Complaint in that action.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.