# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2806 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Pawnee/S. A. E. Warehouse   vs   Champion Laboratories, Inc., et al | | |

**DOCKET ENTRY TEXT:**

Based on the parties' stipulation, the time for defendants to answer or otherwise plead shall be extended as stipulated.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|